UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 16, 2016

MEMO TO COUNSEL RE:  Taste Gastro Pub, LLC v. Daniel Lledo
Civil No. JFM-15-2522

Dear Counsel:

Because of an imbalance of caseload, I am handling defendant's motion to dismiss for Judge Chuang.

The motion is granted. I am satisfied that plaintiff should state its claims with greater particularity. It is granted leave to file an amended complaint on or before March 31, 2016. The case will be reassigned to me.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge