**IN THE UNITED STATES DISTRICT COURT**
 **FOR THE DISTRICT OF MARYLAND**

TASTE GASTRO PUB, LLC                    *
                                                             *
                                                             *
            v.                                             *            Civil No. – JFM-15-2522
                                                             *
DANIEL AMARAO LLEDO              *
                                                    ******

### MEMORANDUM

Defendant Daniel Lledo has filed a motion to dismiss plaintiff's amended complaint.

The motion is based upon the fact that at the time the amended complaint was filed,

plaintiff's status as a limited liability company organized under Maryland law was declared

forfeited.  Plaintiff has now had its status reinstated.

Defendant's motion will be denied.  He seeks dismissal of the action with prejudice.

Obviously, in light of the fact that plaintiff's status as a limited liability company has been

reinstated, dismissal of the action with prejudice would be unwarranted.  Likewise, to dismiss the

action without prejudice would cause unnecessary cost and inconvenience in light of the fact that

plaintiff's status has been reinstated.

A separate order denying defendant's motion is being entered herewith.


Date:   5/31/16                            ____/s/_____
                                                    J. Frederick Motz
                                                    United States District Judge


1