UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 3, 2016

MEMO TO COUNSEL RE: Taste Gastro Pub, LLC v. Daniel Lledo
Civil No. JFM-15-2522

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss the amended complaint. The motion (document 33) is granted in part and denied in part.

The motion is denied as to plaintiff's claims for breach of contract, fraud, fraud-in-the-inducement and conversion claims. I believe that as to the fraud claims, plaintiff has sufficiently pled to time, place, contents, the identity of the person and what was obtained through the alleged false representations. As to the abuse of contract claims and the conversion claims, plaintiff has sufficiently pled the elements of a cause of action.

The motion is granted as to plaintiff's tortious interference with economic relationships claim. Plaintiff has not identified the economic relationships defendant allegedly harmed.

A conference call will be held on __August 18, 2016__ at _5:00_ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge